ACCEPTED
12-15-00167-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/7/2015 9:44:52 AM
Pam Estes
CLERK

CAUSE NO. 12-15-00167-CR

| | | |
|---|---|---|
| SYDNEY LYNCH | § | IN THE |
| VS. | § | TWELFTH COURT |
| THE STATE OF TEXAS | § | OF APPEALS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

12/7/2015 9:44:52 AM

PAM ESTES
Clerk

## MOTION TO
## EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 and 10.5(b)of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 7th Judicial District Court of Smith County, Texas.

2. The case below was styled State of Texas v. Sydney Lynch and numbered 007-0443-15.

3. Appellant was convicted of Theft of Property>=$1,500<$20,000 on June 4, 2015.

4. Appellant was assessed a sentence of ten (10) years confinement in the Texas Department of Criminal Justice-Institutional Division.

5. Notice of Appeal was given on June 15, 2015.

6. The Clerk's Record was filed on August 28, 2015; the Reporter's Record was filed on November 5, 2015.

7. The Appellant's Brief is due on November 7, 2015. Counsel requests the Court an extension of forty-five (45) days due to the number of briefs with deadlines.

8. Appellant requests an extension of time due to the following facts and circumstances.

   Since the Reporter's Record in this case was completed, Counsel has filed:

   A. The Appellant's Brief in Steven Moore v. State of Texas, cause no. 12-15-00195-CR on November 30, 2015;

B. The Appellant's Brief on the Merits in <u>Kenneth Walker v. State of Texas</u>, case no. PD-1429-14 on December 1, 2015; and

C. The Appellant's Brief on the Merits in <u>Shelley Walker v. State of Texas</u>, case no. PD-1430-14 on December 1, 2015.

9. Counsel has been in State Court on the following dates within the last thirty days:

A. On November 10, 2015, Counsel participate in the Appellate Delphi Panel Webinar. Counsel is currently sitting as a panel member.

B. On November 12, 2015, Counsel was in the 294th Judicial District of Van Zandt County, Texas for pre-trial docket call and/or arraignment which he currently represents twenty-three (23) defendants on the docket. Many of the Defendants have multiple cases.

C. On November 18, 2015, Counsel was at trial docket call in the County Court at Law with various Defendant's.

D. On November 23, 2015, Counsel was at a status hearing regarding competency on <u>State of Texas v. Reynold McLemee</u>, cause number CR15-00278 in the 294th Judicial District of Van Zandt County, Texas.

E. On November 30, 2015, Counsel was in the County Court at Law of Smith County, Texas for a jury trial setting in <u>State of Texas v. Roy'Tavien Floyd-Whitfield</u>, cause number 001-82167-15.

F. On December 4, 2015, Counsel was in federal court before the Honorable John Love, for an initial appearance hearing in <u>USA v. Amber Jones,</u> case no. 6:15CR71(02).

10. Lastly, Appellant's Counsel has the following briefs pending:

A. Appellant's Brief in <u>Gaylord Stevens v. State of Texas,</u> cause

numbers 12-15-00162-CR, 12-15-00163-CR and 12-15-00164-CR on December 14, 2015;

B. Appellant's Brief in <u>Shai'Keston Mackey v. State of Texas,</u> cause number 12-15-00243-CR on December 16, 2015;

C. Appellant's Brief in <u>Cedric Humble, Jr. v. State of Texas,</u> cause number 12-15-00239-CR upon completion of the Reporter's Record;

D. Appellant's Brief in <u>Joseph Neal Jones v. State of Texas,</u> cause number 12-15-00267-CR upon the completion of the Reporter's Record;

E. Appellant's Brief in <u>Neal Hunter v. State of Texas,</u> cause number 12-15-00268-CR upon the completion of the Reporter's Record.

F. Appellant's Brief in <u>Terry Minchew v. State of Texas,</u> cause number 12-15-00288-CR upon the completion of the Clerk's Record and Reporter's Record; and

G. Appellant's Brief in <u>Daniel Reed v. State of Texas,</u> cause number 12-15-00291-CR upon the completion of the Clerk's Record and Reporter's Record.

11. Appellant requests an extension of time due to the above referenced facts and circumstances.

12. Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief for a period of forty-five (45) days, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,


Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830

By: /S/ James W. Huggler, Jr.
James W. Huggler, Jr.
State Bar No. 00795437
Attorney for APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that on December 7, 2015, a true and correct copy of the above and foregoing document was served on Mike West, Smith County District Attorney's Office, 100 North Broadway Ave., 4th Floor, Smith County Courthouse, Tyler, Texas 75702, by regular mail, fax, hand delivery, or electronic filing.


/S/ James W. Huggler, Jr.
James W. Huggler, Jr.